UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20095-CIV-ALTONAGA/Goodman

ANNETTE PADILLA,

    Plaintiff,

vs.

NEXUS SERVICES INC.,

    Defendants.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

    Defendant, NEXUS SERVICES INC., by and through undersigned counsel and pursuant to the Court's Order [D.E. 5] and Rule 7.1 of the Federal Rules of Civil Procedure, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement.

    Defendant hereby identify the name of each person, attorney, association of persons, law firm, partnership, and corporation that has or may have an interest in the outcome of this case:

1. Nexus Services Inc. – Defendant
2. Robert L. Norton, Esq. – Counsel for Defendant
3. Suhaill M. Morales, Esq. – Counsel for Defendant
4. Allen, Norton & Blue, P.A. – Counsel for Defendant
5. Annette Padilla – Plaintiff
6. Peter M. Hoogerwoerd, Esq. – Counsel for Plaintiff
7. Nathaly Lewis, Esq. – Counsel for Plaintiff
8. Michelle Muskus, Esq. – Counsel for Plaintiff
9. Remer & Georges-Pierre, PLLC – Counsel for Plaintiff

SPDN-868764429-2210232

Further, Defendant states that the entity named as a Defendant in this case, NEXUS SERVICES, INC., has the following affiliated entities:

- Nexus Retail Brands Inc.
- Nexus Properties, LLC
- One Fish, Two Fish LLC
- Nexus Commercial Ventures LLC
- Libre by Nexus Inc.
- Empower by Nexus Inc.
- Nexus Investigations & Security Inc.
- Serve By Nexus, Inc.
- Homes by Nexus Inc.
- Secure by Nexus Inc.
- Entertainment By Nexus Inc.

There are no publicly held corporations owning 10% or more of Defendant's stock.

Dated: **January 22, 2018**                                Respectfully submitted,

/s/Suhaill M. Morales
Robert L. Norton
Florida Bar No. 128846
rnorton@anblaw.com
Suhaill M. Morales
Florida Bar No. 084448
smorales@anblaw.com
**Allen, Norton & Blue, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendants*

2

SPDN-868764429-2210232

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 22, 2018,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and individuals identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         /s/Suhaill M. Morales
                                         Attorney

SPDN-868764429-2210232

## SERVICE LIST
Padilla vs. Nexus Services Inc.
CASE NO.: 18-20095-CIV-ALTONAGA/Goodman

Peter Hoogerwoerd, Esq.
Nathaly Lewis, Esq.
Michelle Muskus, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
Emails:
pmh@rgpattorneys.com
nl@rgpattorneys.com
mm@rgpattorneys.com
*Counsel for Plaintiff*

Robert L. Norton
Florida Bar No. 128846
rnorton@anblaw.com
Suhaill M. Morales
Florida Bar No. 084448
smorales@anblaw.com
**Allen, Norton & Blue, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendants*

             /s/Suhaill M. Morales
             Attorney

SPDN-868764429-2210232