UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20095-CIV-ALTONAGA/Goodman

**ANNETTE PADILLA, et al**

 **Plaintiffs,**

 **v.**

 **NEXUS SERVICES, INC.,**

 **Defendant.**

 _____/

<u>**PLAINTFF'S NOTICE OF STRIKING DOCKET ENTRY ECF No. 55**</u>

Plaintiff, MAURICIO MEJIA, by and through undersigned Counsel hereby files this Notice of Striking Docket Entry No. 55 and states:

1. On or about January 15, 2019, Plaintiff Jose Mauricio Mejia filed a Notice to the Court of Breach of Agreement. [1]
2. There has been no breach of agreement.
3. In compliance with Local Rule 7(1)(A)(3), undersigned counsel has conferred with Defendant's Counsel, who does not oppose this Notice.

**SPACE INTENTIONALLY LEFT BLANK**

---

[1] The notice was filed due to an internal misunderstanding which has been addressed.

Wherefore Plaintiff by and through his undersigned counsel, requests this Court to strike Docket Entry No. 55.

Dated: January 15, 2019    Respectfully submitted,

/s/ Nathaly Saavedra
Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
ns@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## **CERTIFICATE OF SERVICE**

I hereby certify that on the January 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nathaly Saavedra
NATHALY SAAVEDRA, Esq.

## SERVICE LIST

**United States District Court**
**Southern District of Florida**

Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
Email:  pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Email:  nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Attorneys for Plaintiffs*


Robert L. Norton, Esq.
Florida Bar No. 128846
Email: rnorton@anblaw.com
Suhaill M. Morales, Esq.
Florida Bar No. 084448
Email: smorales@anblaw.com
York M. Flik, Esq.
Florida Bar No. 101109
Email: yflik@anblaw.com
**Allen, Norton & Blue, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
*Counsel for Defendant*

Served via transmission of Notices of
Electronic Filing generated by CM/ECF