Miami FL. 02-15-2019.



**Honorable Judge
Cecilia Altonaga
Florida Southern District Court.**

Case# 1:18-cv-20095

Dr. Cecila, through this I allow myself to request you honorable Judge, to fully comply with what was agreed on June 25, 2018, to which *NEXUS SERVICES* has not complied, as agreed in my opinion. The case was a total payment of salaries owed of $25,000 dollars to me $18,300 to my former/colleague co worker Ms. Padilla and which we have not been paid in full the amount that was promised and they withheld some of this money with the excuse to report them as taxes to the IRS and this was NOT true. At this time we have NOT received the W2 by NEXUS SERVICES, since the day that the agreement was signed my lawyer REMER & GEORGES-PIERRE, LLC and they had asked all of us to sign that agreement with the commitment that he would give us the W2 to claim these monies in my application of taxes and now his answer to me in writing was: "GOOD LUCK" in my attempt to get you to comply with the agreement, it is also important to let you know that I have not signed any compliance agreement with Ms. Nathalia Saavedra, requested by favor to comply with the agreement and likewise authorization to inform of this and how it was mishandled and the way of this proceeding on the part of my lawyers before the bar association of florida, since they should not report to you the compliance of something that is not yet fulfilled, and less to my name since I have NOT signed anything. Annex hereto are copies of all the checks they sent and the dates that they were sent and copy of the email in which Dr Peter was wishing me Good luck! Please look through this thoroughly to
See my concerns and possible breach of contract. Thank you for your prompt attention in this very delicate matter your honor!
I appreciate your Valuable Collaboration.

*[signature]*

José Mauricio Mejia Velasco.
1042 NW 87th Avenue Apt 208, Miami FL 33172.
786-659-6252.

🕐 📶 21% 🔋 1:44 PM

← ⬇ 🗑 ✉ ⋮

## Requesting W2 Nexus.  Inbox ☆

 **Mauricio Mejia**
to Peter, Nathaly
Feb 6 View details

↩ ⋮

Good morning, please keep in mind today 2/6/2019 and we didnt receive the W2 from Nexus and you just say that will be awaiting the nexus attorneys answer by email? Please Mr peter try to solve this issue than soon as possible please let us know what you are doing related.

 **Nathaly Saavedra**    📎 Feb 6
Mr. Mejia, As I advised we have already contacted counsel for nexus who advised she will reach out to her client and circle back.

 **Mauricio Mejia**    📎 Feb 12
Good Morning, Thank you for your diligent help but I think that this trouble have to be reported to the judge Ceciclia, somebody have

 **Peter M. Hoogerwoerd**    Feb 12
Good luck. Sent from my iPhone <image001.jpg>

 **PMH Assistant**
to me, Peter, Nathaly
6 days ago View details

↩ ⋮

## CONFIRMATION OF APPOINTMENT

Dear Mr. Mejia,

Thank you for choosing the Law Offices of REMER & GEORGES-PIERRE, PLLC. for your legal needs.

● ⇌ ☐ ←

**25364**

**NEXUS SERVICES INC.**
EXPENSE ACCOUNT
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

CITY NATIONAL BANK
STAUNTON, VA

69-452/519

08/21/2018

PAY TO THE ORDER OF   JOSE MAURICIO MEJIA         $ **4,166.67

Four thousand one hundred sixty-six and 67/100************************************************   DOLLARS

JOSE MAURICIO MEJIA

WWW.NEXUSHELPS.COM

MEMO  Settlement                    AUTHORIZED SIGNATURE

⑈025364⑈ ⑆051904524⑆ 9011507853⑈

---

**25365**

**NEXUS SERVICES INC.**
EXPENSE ACCOUNT
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

CITY NATIONAL BANK
STAUNTON, VA

69-452/519

08/21/2018

PAY TO THE ORDER OF   JOSE MAURICIO MEJIA         $ **2,881.89

Two thousand eight hundred eighty-one and 89/100***********************************************   DOLLARS

JOSE MAURICIO MEJIA

WWW.NEXUSHELPS.COM

MEMO  Payroll                    AUTHORIZED SIGNATURE

⑈025365⑈ ⑆051904524⑆ 9011507853⑈

**Check 25471**

NEXUS SERVICES INC.
EXPENSE ACCOUNT
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

CITY NATIONAL BANK
STAUNTON, VA
69-452/519

09/20/2018

PAY TO THE ORDER OF: JOSE MAURICIO MEJIA VELASCO

$ **2,881.99

Two thousand eight hundred eighty-one and 99/100************************************************** DOLLARS

JOSE MAURICIO MEJIA VELASCO

WWW.NEXUSHELPS.COM

AUTHORIZED SIGNATURE

MEMO: Payroll

⑈025471⑈ ⑆051904524⑆ 9011507853⑈

---

**Check 25468**

NEXUS SERVICES INC.
EXPENSE ACCOUNT
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

CITY NATIONAL BANK
STAUNTON, VA
69-452/519

09/20/2018

$ **4,166.67

PAY TO THE ORDER OF: JOSE MAURICIO MEJIA VELASCO

Four thousand one hundred sixty-six and 67/100************************************************* DOLLARS

JOSE MAURICIO MEJIA VELASCO

WWW.NEXUSHELPS.COM

AUTHORIZED SIGNATURE

MEMO: Settlement Payment

⑈025468⑈ ⑆051904524⑆ 9011507853⑈

**Check 25595**

NEXUS SERVICES INC.
EXPENSE ACCOUNT
113 MILL PLACE PARKWAY
VERONA, VA 24482

City National Bank
Charleston, West Virginia 25301
69-452/519

Date: 12/14/2018

PAY TO THE ORDER OF: JOSE MAURICIO MEJIA VELASCO

$ **4,166.67

Four thousand one hundred sixty-six and 67/100************************************************ DOLLARS

JOSE MAURICIO MEJIA VELASCO

WWW.NEXUSHELPS.COM

AUTHORIZED SIGNATURE

MEMO: Payroll

⑆025595⑆ ⑇051904524⑇ 9011507853⑈

---

**Check 25596**

NEXUS SERVICES INC.
EXPENSE ACCOUNT
113 MILL PLACE PARKWAY
VERONA, VA 24482

City National Bank
Charleston, West Virginia 25301
69-452/519

Date: 12/14/2018

PAY TO THE ORDER OF: JOSE MAURICIO MEJIA VELASCO

$ **4,166.67

Four thousand one hundred sixty-six and 67/100************************************************ DOLLARS

JOSE MAURICIO MEJIA VELASCO

WWW.NEXUSHELPS.COM

AUTHORIZED SIGNATURE

MEMO: Settlement Payment

⑆025596⑆ ⑇051904524⑇ 9011507853⑈



**PRIORITY MAIL EXPRESS** — USPS

EE 343 118 610 US

**FROM:** Jose M. Mesia Vecasio
PHONE 786-659-6252
1042 NW 87th Avenue Apt 208
Miami FL. 33172

**TO:** Judge Cecilia M. Altonaga
PHONE 305-523-5510
Wilkie J. Ferguson Jr. United States Courthouse
400 North Miami Avenue - Room 12-2
Miami FL 33128

PO ZIP Code: 33172
Date Accepted: 6/10
Time Accepted: 10:50
Weight: 2 lb 6 oz
Postage: $25.50
Total Postage & Fees: $25.50
Scheduled Delivery Date: no date

EP13F July 2013 OD: 12.5 x 9.5
PS 10001000006